**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

AARON BRIAN SANDS,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　CASE NO. 8:13-CV-2570-T-30TGW
　　　　　　　　　　　　　　　　　　　CRIM. CASE NO. 8:09-CR-591-T-30TGW
UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

This cause is before the Court on the government's motion requesting a Court order requiring former defense counsel, Assistant Federal Defender Alec Fitzgerald Hall, to disclose the substance of communications with Petitioner and to provide an affidavit relative to this communication (CV Dkt. 6). The government is seeking this order to enable it to adequately respond to Petitioner's 28 U.S.C. § 2255 motion.  Upon consideration, the Court finds that, with respect to the claims raised by Petitioner in his § 2255 motion, the attorney-client privilege has been waived because of Petitioner's allegations of ineffective assistance.

Accordingly, the Court **ORDERS** that the government's motion requesting an order requiring former defense counsel to disclose the substance of communications and provide affidavits (CV Dkt. 6) is **GRANTED**.  On or before November 22, 2013, AFD Alec Fitzgerald Hall shall produce any relevant and necessary records (including correspondence)

and provide an affidavit discussing his communications with Petitioner concerning the claims Petitioner raises in his § 2255 motion.

**DONE** and **ORDERED** in Tampa, Florida on October 28, 2013.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
Counsel/Parties of Record
AFPD Alec Fitzgerald Hall