**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

AARON BRIAN SANDS,

    Petitioner,

v.                                                                                     Case No: 8:13-cv-2570-T-30TGW

UNITED STATES OF AMERICA,

    Respondent.

**ORDER**

THIS CAUSE comes before the Court upon the Petitioner's Motion for Leave to Conduct Limited Discovery, and for Appointment of Counsel Pursuant to Rule 6, Rules Governing Section 2255 Proceedings, in the United States District Courts (Dkt. #15). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. Petitioner's Motion for Appointment of Counsel is DENIED.

2. Petitioner's Motion for Leave to Conduct Limited Discovery is DENIED.

3. The Respondent is directed to obtain copies of the visitor logs for Petitioner at the Pinellas County Jail and the Citrus County Detention Center and provide copies of same to Petitioner. Respondent is directed to file a Notice with the Court stating the copies of the visitors logs have been provided to Petitioner.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of May, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

F:\Docs\2013\13-cv-2570 appoint 15.docx